1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  CROWN BUILDING MAINTENANCE,                    No. MC 10-80250 WHA
    INC., dba Able Building Maintenance, dba
11  Able Services, MARK KELLY, and
    MICHAEL MCGEE,
12                                                 **SCHEDULING ORDER**
13            Petitioners,

14    v.

15  SBM SITE SERVICES, LLC,

16            Respondent.
    _____/
17

18        Petitioners move to quash certain subpoenas and for further relief in the context of a

19  discovery dispute.  The underlying action is proceeding in federal court in Colorado.  The motion

20  to quash will be heard on **NOVEMBER 4, 2010, AT 11:00 A.M.**  Respondent's opposition is due on

21  **OCTOBER 21, 2010, AT NOON**.  Petitioners may file a reply by **OCTOBER 28, 2010, AT NOON**.  The

22  parties are ordered to meet-and-confer beginning at **8:30 A.M. ON NOVEMBER 4**, in the Court's

23  jury room, and to remain in the jury room until the 11:00 a.m. calendar.

24        Please note that only those who personally participate in the meet-and-confer in the jury

25  room may be heard at the hearing.

26        **IT IS SO ORDERED.**

27

28  Dated:  October 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE