UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN BUILDING MAINTENANCE, INC., a California Corporation, dba ABLE BUILDING MAINTENANCE, dba ABLE SERVICES, MARK KELLY, and MICHAEL McGEE<br><br>Petitioner,<br><br>v.<br><br>SBM SITE SERVICES, LLC, an Oregon Limited Liability Company<br><br>Respondent. | CASE NO.  3:10-mc-80250 WHA<br><br>(MISC: Action Pending in the United States District Court for the District of Colorado, Case No. 10-CV-00385-REB-BNB)<br><br>**ORDER** |

Pursuant to Local Rule 37-1(b) the parties appeared on October 13, 2010, at 1:30 p.m., before the Honorable William H. Alsup of the above entitled court.  William R. Warne and Cassandra M. Ferrannini appeared on behalf of Respondent SBM Site Services, LLC ("SBM").  Robert A. Bleicher appeared on behalf of Petitioners Crown Building Maintenance, Inc., d/b/a Able Building Maintenance, d/b/a Able Services ("Able"), Mark Kelly, and Michael McGee (collectively "Petitioner").  Michelle E. Cormier appeared on behalf of John Garrett.

Having considered the arguments of the parties, IT IS HEREBY ORDERED that the witnesses Michael McGee, Mark Kelly, and Able will appear for their depositions on October 14 and 15, 2010, as scheduled by the parties.  The scope of the examinations shall be limited to the

1117913.1

1

ORDER

DOWNEY BRAND LLP

following topics:

    1. What Mr. Garrett said and did prior to coming to work for Able;

    2. The circumstances surrounding Able's hiring of Mr. Garrett;

    3. Any and all references Mr. Garrett has made regarding SBM; and

    4. All testimony and evidence of documents and records and trade secrets that originated at SBM.

The examination shall not include any inquiry regarding Able's operations or operating procedures that may arguably be a trade secret.

IT IS SO ORDERED:

Dated: October 14, 2010

Hon. William H. Alsup
United States District Court Judge

APPROVED AS TO FORM:

DATED: October 14, 2010    DOWNEY BRAND LLP

By:   /s/ Cassandra M. Ferrannini
WILLIAM R. WARNE
CASSANDRA M. FERRANNINI
Attorneys for Respondent/Plaintiff
SBM Site Services, LLC,
an Oregon Limited Liability Company

DATED: October 14, 2010    CARR, MCCLELLAN, INGERSOLL, THOMPSON & HORN

By:/s/ Robert A. Bleicher (as authorized on 10/14/10)
ROBERT A. BLEICHER
LORI A. LUTZKER
Attorneys for Petitioners
Crown Building Maintenance, Inc., a California Corporation, dba Able Building Maintenance, dba Able Services, Mark Kelly, and Michael McGee

1  DATED: October 14, 2010            KAMLET REICHERT, LLP

3                                      By: /s/ Michelle E. Cormier (as authorized on 10/14/10)
4                                              DENISE RILEY
                                               MICHELLE E. CORMIER
                                               Attorneys for Defendant
5                                              John Garrett, an Individual

DOWNEY BRAND LLP

1117913.1                              3

ORDER