CARR McCLELLAN
INGERSOLL THOMPSON & HORN

Professional Law Corporation

Robert A. Bleicher
rbleicher@carr-mcclellan.com

December 7, 2010

Honorable William H. Alsup
United States District Court
450 Golden Gate Avenue
Courtroom 9, 19th Floor
San Francisco, CA 94102

Re: *SBM Site Services, LLC v. Garrett*, Case No. MC 10-80250
(United States District Court, District of Colorado Case No. 10-CV-00385 REB-BNB)

Dear Judge Alsup:

We received this morning the Court's scheduling order to address the December 6, 2010 letter brief filed by SBM concerning a purported discovery dispute in the captioned matter. The Court set the hearing for December 13, 2010 at 11:00 a.m.

I have been the primary attorney dealing with several of the issues addressed in SBM's December 6, 2010 letter. I am requesting the Court to reschedule the December 13 hearing date because my 91 year old father is scheduled for surgery at California Pacific Medical Center on the morning of December 13. I will be taking my father to the hospital for that surgery and I will therefore be unavailable on that date. My father is scheduled to be discharged on December 14 or 15, and I will be bringing him home from the hospital and helping him get set up for post operative recovery; therefore, I would appreciate having those dates open, as well. Thereafter, with the exception of Tuesday, December 21, my calendar has flexibility. Although not indicated in the December 6, 2010 letter from SBM's counsel, the court should be aware that on December 2, 2010, Magistrate Judge Boland in the Colorado District Court vacated the February trial date and all pre-trial discovery deadlines scheduled for the *SBM Site Services v. Garrett* action pending in that Court. Accordingly, Able believes that there is adequate time and opportunity to reschedule the hearing date on this discovery matter under the circumstances.

I appreciate the Court's consideration of this request.

Very truly yours,

Robert A. Bleicher

RAB:dlp

cc: Cassandra Ferrannini, Esq.

24655-00014\iManage\3609026.1