**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 16, 2010 Total Hearing Time: 10 minutes

Case No. C10-80250 WHA

Title: CROWN BUILDING MAINTENANCE v. SBM SITE SERVICE

Plaintiff Attorney(s): Robert Bleicher; Richard Mulkerrins

Defense Attorney(s): Cassandra Ferrannini; Elizabeth Stallard

Deputy Clerk: Dawn Toland Court Reporter: Sahar McVickar

**PROCEEDINGS**

1) Discovery Hearing - HELD ___

2) ___

Continued to ___for Pretrial Conference

Continued to ___for Jury Trial

**ORDERED AFTER HEARING:**

Parties met and conferred in the Court's jury room from 8:00 am to 11:45 am. Parties were able to resolve the discovery disputes. Agreements placed on the record.