**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN BUILDING MAINTENANCE, INC., dba Able Building Maintenance, dba Able Services, MARK KELLY, and MICHAEL MCGEE,<br><br>Petitioners,<br><br>v.<br><br>SBM SITE SERVICES, LLC,<br><br>Respondent. | No. MC 10-80250 WHA<br><br>**ORDER REGARDING DISCOVERY DISPUTE** |

The discovery dispute motion is granted to the extent stipulated on the record and otherwise denied.

**IT IS SO ORDERED.**

Dated: December 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE