United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CROWN BUILDING MAINTENANCE, INC., et al.,

Plaintiffs,

v.

SBM SITE SERVICE LLC.,

Defendant.

No. 10-mc-80250 WHA

**ORDER REGARDING CLOSING THE FILE**

Given the inactivity in this action over the past decade, the Court shall terminate this action for failure to prosecute. FRCP 41(b). Any objections must be filed no later than **SEPTEMBER 13, 2024, AT NOON**. Otherwise, the clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 5, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE